UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA M. WELLE, D.O.,<br><br>    Plaintiff,<br><br>v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. CV12-03016 EMC<br><br>**P~~ROP~~OSED ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Date: September 7, 2012<br><br>Requested Date: October 5, 2012 |

Good cause showing the Court grants the parties' stipulation continuing the Case Management Conference from September 7, 2012 to October 5, 2012 at 9:00 a.m.

DATED: 8/30/12  _____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4830-0837-5568 v1

- 1 -

CASE NO. CV12-03016 EMC
PROPOSED ORDER RE JOINT STIPULATION TO CONTINUE CMC