Daniel W. Maguire, (SBN 120002)
E-mail: dmaguire@bwslaw.com
Keiko J. Kojima, (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Defendant
Provident Life and Accident Insurance
Company

Michael B. Horrow (SBN 162917)
E-mail: mhorrow@donahuehorrow.com
Nichole D. Podgurski (SBN 251240)
E-mail: npodgurski@donahuehorrow.com
Donahue & Horrow, LLP
1960 E. Grand Avenue, Suite 1215
El Segundo, CA 90245
Tel: 310.322.0300   Fax: 310.322.0302

Attorneys for Plaintiff
Dana M. Welle, D.O.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA M. WELLE, D.O., <br><br> Plaintiff, <br><br> v. <br><br> PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. CV12-03016 EMC <br><br> **JOINT STIPULATION TO CONTINUE NON-EXPERT AND EXPERT DISCOVERY CUT-OFF DATES; (PROPOSED) ORDER** |

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:

Plaintiff Dana Welle ("Plaintiff") and Defendant Provident Life and Accident Insurance Company ("Provident"), hereby stipulate, by and through their respective counsel, to continue the non-expert and expert discovery cut-off dates, for good

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4827-1221-3013 v2      - 1 -      CASE NO. CV12-03016 EMC
JOINT STIPULATION TO CONTINUE NON-
EXPERT AND EXPERT DISCOVERY CUT-OFF

cause shown, as explained in detail below:

1. The present action involves a complex non-ERISA disability insurance benefit dispute involving multiple factual and expert witnesses. Plaintiff asserts claims against Provident for breach of contract and breach of the implied covenant of good faith and fair dealing. On June 12, 2012, the Court issued an order (Docket #26) with the following pretrial dates:

| | |
|---|---|
| Expert disclosures/reports | October 3, 2013 |
| Discovery cut-off | October 3, 2013 |
| Further Status Conference | October 10, 2013 at 10:30 a.m. |
| Rebuttal expert disclosures/reports | October 24, 2013 |
| Dispositive Motions (last day to be heard) | December 19, 2013 at 1:30 p.m. |
| Expert discovery cut-off | November 14, 2013 |
| Pre-Trial Conference | March 11, 2014 |
| Trial (8 court days estimate) | March 24, 2014 |

2. Since June 2012, the parties have diligently and cooperatively engaged in extensive discovery, including 17 depositions, multiple sets of interrogatories (1 set by Plaintiff and 2 sets by Defendant) and requests for production of documents (5 sets by Plaintiff and 3 sets by Defendant), as well as subpoenas to numerous third parties. The initial sets of discovery were served by the parties in August and September 2012, with the parties first attempting to obtain dates for the depositions of Provident's witnesses in October 2012, which were noticed in December 2012 and proceeded to take place in January 2013 and April 2013.

3. The meet and confer process has also been extensive and, for the most part, successful. However, there exist remaining issues on which the parties are meeting and conferring, such as Provident's Special Investigations Unit file which was the subject of a discovery motion ruled upon by the Court on July 31, 2013. The Court granted and denied Plaintiff's motion in part. After Provident produced

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4827-1221-3013 v2 - 2 - CASE NO. CV12-03016 EMC
JOINT STIPULATION TO CONTINUE NON-EXPERT AND EXPERT DISCOVERY CUT-OFF

1  its SIU file documents on August 30, 2013, Plaintiff initiated a meet and confer
2  over the documents in the SIU file that Provident maintains are privileged. There
3  are additional issues Plaintiff is raising in meet and confer sessions with Provident
4  after Plaintiff's counsel's receipt of other documents Provident produced in
5  response to the Court's July 31, 2013 discovery order. Plaintiff has filed motions
6  to compel to resolve these issues which are pending before Magistrate Westmore.
7  Provident will also be filing a motion to compel with respect to Plaintiff's financial
8  documents. Plaintiff anticipates on filing further motions to compel based on
9  additional information she claims she recently obtained, including but not limited to
10 a motion to compel the SIU policies and procedures file, an addendum to the
11 motion to compel the complete SIU file, and a motion to compel the depositions of
12 3 additional witnesses from Provident (Kenneth Kesler, Joanna Bialy, and Laura
13 Lefebrve).

14        4.    Both parties require and respectfully request additional time to
15 complete discovery that has been properly noticed before the discovery cut-off,
16 including the taking of depositions of witnesses Laura Kilmartin (located in
17 Portland, Maine), Joanna Bialy (located in Worcester, Massachusetts), Laura
18 Lefebrve (located in Worcester, Massachusetts), and Ken Kensler (located out of
19 state). Plaintiff maintains she discovered the need to take the depositions of Ms.
20 Bialy in early September 2013 after receiving the court-ordered documents.
21 Plaintiff has also requested the deposition of Ms. Kilmartin in early August 2013,
22 but this deposition was not able to occur by the October 3, 2013 non-expert
23 discovery cut-off due to Ms. Kilmartin and Provident's counsel, Daniel W.
24 Maguire's unavailability. The earliest Ms. Kilmartin's deposition can be taken is
25 November 1, 2013. Plaintiff has also noticed the depositions of Laura Lefebrve and
26 Ken Kenseler after taking the deposition of SIU investigator Natayla Vayn.
27 Provident objects to Plaintiff's taking of depositions in excess of the 10 deponent
28 limit, which may be an issue Plaintiff will be raising with the Court. As stated

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4827-1221-3013 v2    - 3 -    CASE NO. CV12-03016 EMC
JOINT STIPULATION TO CONTINUE NON-EXPERT AND EXPERT DISCOVERY CUT-OFF

1  above, if Provident maintains its objections to these depositions, Plaintiff will seek
2  to compel them.

3      5.    In addition, Provident will need additional time to complete discovery
4  properly noticed before the discovery cut-off, which is limited to completing the
5  process of obtaining the subpoenaed records already issued, deposing the doctors
6  newly disclosed in plaintiff's supplemental disclosures, and any discovery motions
7  only as to issues regarding subpoenas previously issued or plaintiff's discovery
8  responses previously served.

9      6.    The parties therefore request a continuance of the discovery cut-off
10 date to January 7, 2014 in order to complete only the discovery that was properly
11 noticed before the October 3, 2013 cut-off and/or resolve the discovery issues
12 regarding that discovery.

13     7.    The parties further request that the expert discovery cut-off date of
14 November 14, 2013, also be continued to February 1, 2014 to allow additional
15 flexibility in scheduling expert depositions.

16     8.    The parties respectfully submit that good cause for the requested
17 continuance exists because counsel for the parties have been coordinating the
18 scheduling of the depositions and have been actively engaging in written discovery,
19 including meet and confer efforts. This is the parties' first request for a continuance
20 of the case management dates. Further, the parties are not requesting a continuance
21 of all case management dates.

22     9.    For the above reasons, IT IS HEREBY STIPULATED AND
23 AGREED, subject to the Court's approval, that the case management dates be
24 continued as follows:

25 Discovery cut-off[1]                                From 10/3/13 to 1/7/14
26 Expert discovery cut-off                     From 11/14/13 to 2/1/14

---

[1] Only as to the discovery outlined above.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4827-1221-3013 v2     - 4 -    CASE NO. CV12-03016 EMC
JOINT STIPULATION TO CONTINUE NON-EXPERT AND EXPERT DISCOVERY CUT-OFF

Respectfully submitted,

DATED: October 9, 2013     DONAHUE & HORROW, LLP
Michael B. Horrow
Nichole D. Podgurski


By: *s/Nichole D. Podgurski*
    as authorized on 10/9/13
Michael B. Horrow
Attorneys for Plaintiff
Dana M. Welle, D.O.

DATED: October 9, 2013     BURKE, WILLIAMS & SORENSEN, LLP
Daniel W. Maguire
Keiko J. Kojima


By: *s/Keiko J. Kojima*
Keiko J. Kojima
Attorneys for Defendant
Provident Life and Accident Insurance Company

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4827-1221-3013 v2     - 5 -     CASE NO. CV12-03016 EMC
JOINT STIPULATION TO CONTINUE NON-EXPERT AND EXPERT DISCOVERY CUT-OFF

# **O R D E R**

For good cause shown IT IS HEREBY ORDERED:

The Case Management dates in the above-entitled action have been continued as follows:

| | |
|---|---|
| Discovery cut-off[2] | From 10/3/13 to 1/7/14 |
| Expert discovery cut-off | From 11/14/13 to 2/1/14 |

DATED: 10/10/13

GRANTED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[2] Only as to the discovery outlined above.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4827-1221-3013 v2

- 6 -

CASE NO. CV12-03016 EMC
JOINT STIPULATION TO CONTINUE NON-EXPERT AND EXPERT DISCOVERY CUT-OFF